UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE,<br><br>*Plaintiff*<br><br>v.<br><br>DEFENSE HEALTH AGENCY, et al.<br><br>*Defendants*. | Case No.: 24-02927 (RBW) |

## JOINT STATUS REPORT

The Physicians Committee for Responsible Medicine ("Plaintiff") and the Defense Health Agency, et al. ("Defendants") (collectively "the parties"), by and through undersigned, respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") action. In support, the parties respectfully submit the following:

1. Plaintiff commenced this action on October 17, 2024, seeking records about the use of live animals for research at four military hospitals. *See generally* ECF No. 1.

2. The action pertains to FOIA requests dated January 20, 2023, August 3, 2023, and May 3, 2024, for which Defendants had not released any responsive records. *See* ECF No. 1 ¶ 1.

3. On November 20, 2024, Defendants filed a consent motion for extension of time to respond, which the Court granted. *See* ECF No. 4 and Minute Order dated December 11, 2024.

4. On December 20, 2024, Defendants filed their answer. *See* ECF No. 10.

5. On December 26, 2024, the Court directed the parties "[to] ensure the expeditious resolution of this action" by proposing a joint briefing schedule by January 17, 2025. *See* Minute Order dated December 26, 2024.

6. On January 17, 2025, the parties reported that Defendants had located responsive records that must be reviewed by the Office of the Secretary prior to release and that review of the records had been completed for two of three Plaintiff's requests. Defendants estimated the release schedule as follows:

    a. For Request No. 2024-00673-F, Defendants estimated releases no later than January 31, 2025.

    b. For Request No. 2024-00279-F, Defendants estimated releases no later than February 28, 2025.

    c. For Request No. 2023-00457-F (Appeal 024-00005-A), Defendants estimate release of records no later than July 31, 2025.

ECF No. 11 ¶¶ 2–5.

7. The Court thereafter instructed the parties to file subsequent joint status reports on April 30, 2025, June 30, 2025, and August 29, 2025. *See* ECF No. 12–13 and Minute Orders dated February 25, 2025, May 1, 2025, and July 1, 2025.

8. The Agency released responsive records to Plaintiff for Request No. 2024-00673-F and Request No. 2024-00279-F on January 17, 2025. ECF No. 13 ¶ 3.

9. Both productions were incomplete. As of the June 30 status report, Defendants were "in the process of searching for records Plaintiff believes are missing from these productions." *See id.*

10. Defendants have not released additional responsive records to Plaintiff for these two requests.

11. Defendants have not released any responsive records related to Request No. 2023-00457-F (Appeal 2024-00005-A).

12. Regarding this request, Defendants stated in the April 30 status report that the "FOIA office received the records last week and is in the process of reviewing proposed redactions. From there, the records will be forwarded to the Office of the Secretary for final review, after which the records will be provided to the plaintiff. Defendants cannot provide an estimate for release of records because the Agency has no control over the Office of the Secretary's review process, but the Agency's FOIA officers will request an expedited review." ECF No. 12 ¶ 5.

13. Regarding this same request, Defendants stated in the June 30 status report that the "Agency is currently reviewing responsive records" with an "[e]stimated release to Plaintiff no later than August 15, 2025." ECF No. 13 ¶ 4.

14. Regarding this same request, Defendants also stated, for the second time, in the June 30 status report that the "FOIA office received the records last week and is in the process of reviewing proposed redactions. From there, the records will be forwarded to the Office of the Secretary for final review, after which the records will be provided to the plaintiff. Defendants cannot provide an estimate for release of records because the Agency has no control over the Office of the Secretary's review process, but the Agency's FOIA officers will request an expedited review." ECF No. 13 ¶ 5.

15. Plaintiff has not received these records.

16. Plaintiff has not received any responsive records since January 17, 2025.

17. Plaintiff's position is that Defendants' delays and failure to release responsive records during this pending litigation unreasonably mirror the delays and failures to release responsive records that prompted Plaintiff to initiate the litigation in the first place, as a result of which the case now should proceed to dispositive briefing.

18. Defendants' dispute Plaintiff's characterization of developments in this litigation. Defendants have been working diligently to process records responsive to the three requests at issue in this litigation. Specifically, Agency Counsel has reported that records responsive to Request No. 2023-00457-F will be released no later than September 22, 2025.

19. With regard to Request Nos. 2024-00673-F and 2024-00279-F, Defendants' position is that processing and release of records responsive to these requests is complete. Furthermore, Defendants' position is that Plaintiff's contention that processing and releasing of records responsive to these requests is incomplete is baseless. Defendants are, however, willing to meet and confer about them as they would do in the normal course.

WHEREFORE, Plaintiff respectfully requests that the Court reissue its minute order ensuring "the expeditious resolution of this action" and requiring that "the parties shall file a joint proposed briefing schedule governing further proceedings," *see* Minute Order dated December 26, 2024.

Defendant respectfully requests that the parties shall file another Joint Status Report outlining progress on the remaining outstanding FOIA requests and the parties meet and confer efforts no later than October 30, 2025.

Dated: August 29, 2025
Washington, DC

Respectfully submitted,

By: /s/ DEBORAH PRESS
Associate General Counsel
Physicians Committee for Responsible Medicine
5100 Wisconsin Avenue NW, #400
Washington, DC 20016
(202) 717-8675
Bar No. 219215
*Attorney for Plaintiff*

JEANINE FERRIS PIRRO

- 5 -

                United States Attorney

By:   <u>/s/ KENNETH ADEBONOJO</u>
       Assistant United States Attorney
       601 D Street NW
       Washington, DC 20530
       (202) 252-2562
       *Attorneys for the United States of America*